## Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

Tyreek Cooper
1807 W Master St
Philadelphia, PA 19121

US

| | |
|---|---|
| Employee Number | ▇▇▇▇ |
| Department | PPD Police |
| Location | PPD 9807 |
| Payperiod Ending | 2024/07/21 |
| Date Payable | 2024/07/26 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 127.01 |
| Assume Time | 80.00 | 2,662.60 |
| Stress Pay | 0.00 | 159.76 |
| | | |
| Gross Current Earnings | | 2,949.37 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 306.34 | 4,683.74 |
| Medicare | 42.77 | 646.84 |
| PA State Tax | 90.55 | 1,369.50 |
| Philadelphia | 110.60 | 1,672.85 |
| PA Unemployment | 2.07 | 31.23 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Plan Y | 152.48 | 2,156.38 |
| Def Comp Flat | 50.00 | 750.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,949.37 | 44,609.55 |
| Net Earnings | 2,059.75 | 31,297.57 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Canada Life Ins | 0.00 | 25.20 |
| PEBS Disab Ins | 73.67 | 1,105.05 |
| Pipe and Drum | 2.00 | 24.00 |
| Union Dues | 36.83 | 530.74 |
| Guardian Civic | 20.00 | 20.00 |
| Corr Off Found | 2.31 | 34.65 |
| Add Life Ins | 0.00 | 16.80 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances. | |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 2,156.38 | 26,351.18 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

Tyreek Cooper
1807 W Master St
Philadelphia, PA 19121
US

| | |
|---|---|
| Employee Number | ██████ |
| Department | PPD Police |
| Location | PPD 9807 |
| Payperiod Ending | 2024/08/18 |
| Date Payable | 2024/08/23 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 136.53 |
| Overtime 1_5 NP | 4.00 | 199.69 |
| Assume Time | 80.00 | 2,662.60 |
| Stress Pay | 0.00 | 171.74 |
| | | |
| Gross Current Earnings | | 3,170.56 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 355.00 | 5,956.32 |
| Medicare | 45.97 | 775.86 |
| PA State Tax | 97.34 | 1,642.66 |
| Philadelphia | 118.90 | 2,006.54 |
| PA Unemployment | 2.22 | 37.46 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Plan Y | 152.48 | 2,461.34 |
| Def Comp Flat | 50.00 | 850.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,170.56 | 53,507.87 |
| Net Earnings | 2,213.79 | 37,484.58 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Canada Life Ins | 0.00 | 28.80 |
| PEBS Disab Ins | 73.67 | 1,252.39 |
| Pipe and Drum | 2.00 | 28.00 |
| Union Dues | 36.88 | 604.45 |
| Guardian Civic | 20.00 | 40.00 |
| Corr Off Found | 2.31 | 39.27 |
| Add Life Ins | 0.00 | 19.20 |

| Accruals | | Net Entitlement |
|---|---|---|

**The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.**

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 2,461.34 | 26,656.14 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
Earnings and Deductions

**CITY OF PHILADELPHIA**

Tyreek Cooper
1807 W Master St
Philadelphia, PA 19121
US

| | |
|---|---|
| Employee Number | ▉ |
| Department | PPD Police |
| Location | PPD 9807 |
| Payperiod Ending | 2024/07/07 |
| Date Payable | 2024/07/12 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 127.01 |
| Legal Aid | 0.00 | 36.00 |
| Assume Time | 80.00 | 2,604.05 |
| Stress Pay | 0.00 | 156.25 |
| | | |
| Gross Current Earnings | | 2,923.31 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 301.37 | 3,902.51 |
| Medicare | 42.39 | 571.37 |
| PA State Tax | 89.75 | 1,209.71 |
| PA Unemployment | 2.04 | 27.58 |
| Philadelphia | 109.62 | 1,477.67 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Plan Y | 148.99 | 2,003.90 |
| Def Comp Flat | 50.00 | 700.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,923.31 | 39,404.82 |
| Net Earnings | 2,022.34 | 27,645.45 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Pipe and Drum | 2.00 | 22.00 |
| PEBS Disab Ins | 73.67 | 1,031.38 |
| Union Dues | 36.83 | 493.91 |
| Add Life Ins | 2.40 | 16.80 |
| Corr Off Found | 2.31 | 32.34 |
| Canada Life Ins | 3.60 | 25.20 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances. | |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 2,003.90 | 26,198.70 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

## Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

Tyreek Cooper
1807 W Master St
Philadelphia, PA 19121
US

| | |
|---|---|
| Employee Number | ▮▮▮▮ |
| Department | PPD Police |
| Location | PPD 9807 |
| Payperiod Ending | 2024/06/23 |
| Date Payable | 2024/06/28 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 121.43 |
| Assume Time | 80.00 | 2,545.50 |
| Stress Pay | 0.00 | 152.73 |
| | | |
| Gross Current Earnings | | 2,819.66 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 279.34 | 3,601.14 |
| Medicare | 40.88 | 528.98 |
| PA State Tax | 86.56 | 1,119.96 |
| Philadelphia | 105.74 | 1,368.05 |
| PA Unemployment | 1.98 | 25.54 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Plan Y | 145.49 | 1,854.91 |
| Def Comp Flat | 50.00 | 650.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,819.66 | 36,481.51 |
| Net Earnings | 1,996.53 | 25,623.11 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Add Life Ins | 0.00 | 14.40 |
| Canada Life Ins | 0.00 | 21.60 |
| PEBS Disab Ins | 73.67 | 957.71 |
| Pipe and Drum | 2.00 | 20.00 |
| Union Dues | 35.16 | 457.08 |
| Corr Off Found | 2.31 | 30.03 |

| Accruals | Net Entitlement |
|---|---|
| **The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.** | |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 1,854.91 | 26,049.71 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
Earnings and Deductions

**CITY OF PHILADELPHIA**

Tyreek Cooper
1807 W Master St
Philadelphia, PA 19121
US

| | |
|---|---|
| Employee Number | [redacted] |
| Department | PPD Police |
| Location | PPD 5801 |
| Payperiod Ending | 2024/06/09 |
| Date Payable | 2024/06/14 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 135.09 |
| Meal Allowance | 0.00 | 7.00 |
| Legal Aid | 0.00 | 36.00 |
| Overtime 1_5 NP | 6.00 | 286.37 |
| Assume Time | 80.00 | 2,545.50 |
| Stress Pay | 0.00 | 169.92 |
| | | |
| Gross Current Earnings | | 3,179.88 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 357.05 | 3,321.80 |
| Medicare | 46.01 | 488.10 |
| PA State Tax | 97.41 | 1,033.40 |
| Philadelphia | 118.98 | 1,262.31 |
| PA Unemployment | 2.22 | 23.56 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Plan Y | 145.49 | 1,709.42 |
| Def Comp Flat | 50.00 | 600.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,172.88 | 33,661.85 |
| Net Earnings | 2,207.58 | 23,626.58 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Pipe and Drum | 2.00 | 18.00 |
| Union Dues | 35.16 | 421.92 |
| Add Life Ins | 2.40 | 14.40 |
| Corr Off Found | 2.31 | 27.72 |
| Canada Life Ins | 3.60 | 21.60 |
| PEBS Disab Ins | 73.67 | 884.04 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances. | |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 1,709.42 | 25,904.22 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**