UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    TYREEK T. COOPER<br><br>                    Debtor | Chapter 13<br><br>Bankruptcy No. 24-12842-PMM |

CERTIFICATE OF SERVICE

      I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 25th day of October, 2024 by first class mail upon those listed below:

TYREEK T. COOPER
1807 W. MASTER STREET
PHILADELPHIA, PA  19121

**Electronically via ECF/System ONLY:**

CIBIK LAW, P.C.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                      */s/ Kenneth E. West, Esq.*
                                      Kenneth E. West, Esq.
                                      Standing Chapter 13 Trustee