# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Tyreek T. Cooper,

        Debtor.

Case No. 24-12842-PMM

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Santander Bank (CM/ECF)


Date: November 26, 2024

_/s/ Michael A. Cibik_

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com