# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Tyreek T. Cooper,

        Debtor.

Case No. 24-12842-PMM

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Santander Bank (CM/ECF)

City of Philadelphia Law Department
Tax Litigation and Collections Unit
1401 John F. Kennedy Blvd., Suite 580
Philadelphia, PA 19102

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102

Date: January 29, 2025

                                  Michael A. Cibik (#23110)
                                  Cibik Law, P.C.
                                  1500 Walnut Street, Suite 900
                                  Philadelphia, PA 19102
                                  215-735-1060
                                  mail@cibiklaw.com