IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                          :
                                               :     Chapter 13
                                               :
    TYREEK T. COOPER                           :
                                               :
                                               :     Case No. 24-12842 (PMM)
                              Debtor.          :
---------------------------------------------------------x

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed First Amended Chapter 13 Plan [Docket No. 32] which was filed on January 30, 2025.

                                      Respectfully submitted,

                                      THE CITY OF PHILADELPHIA

Dated: February 7, 2025              By: */s/ Pamela Elchert Thurmond*
                                        PAMELA ELCHERT THURMOND
                                        Senior Attorney
                                        PA Attorney I.D. 202054
                                        Attorney for the City of Philadelphia
                                        City of Philadelphia Law Department
                                        Municipal Services Building
                                        1401 JFK Boulevard, 5th Floor
                                        Philadelphia, PA  19102-1595
                                        215-686-0508 (phone)
                                        Email: Pamela.Thurmond@phila.gov