UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tyreek T Cooper | Case No.: <u>24-12842</u> |
| | Adversary No.: _____ |
| Debtor | Chapter: <u>13</u> |
| | Judge: <u>Patricia M Mayer</u> |

**CHANGE OF ADDRESS**

**Creditor Name:**  Santander Bank, N.A.

Old Mailing Address:

450 Penn Street
MC: PA-450-FB1
Reading, PA 19602

New Mailing Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 02/11/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Tyreek T Cooper

Chapter #13  
Case No 24-12842  
Honorable Patricia M Mayer

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on February 11, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list. Signed under the penalties of perjury, this 11th day of February 2025.

_____  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
1130 Berkshire Boulevard  
Wyomissing, PA 19610  
(484) 512-3552  
Email: DeftBkr@santander.us

<u>VIA US MAIL</u>  
Tyreek Cooper  
1807 W Master St  
Philadelphia, PA 19121

<u>VIA ECF</u>  
Kenneth E West  
1234 Market St Ste 1813  
Philadelphia, PA 19107

Edward Jacob Gruber  
help@cibiklaw.com