United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tyreek T. Cooper  
    Debtor

Case No. 24-12842-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 10, 2025      Form ID: 155      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyreek T. Cooper, 1807 W. Master Street, Philadelphia, PA 19121-4907 |
| 14916000 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14973906 | + | City of Phila/Water Rev Bureau, c/o Pamela Elchert Thurmond, Esq, City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1617 |
| 14972338 | + | City of Philadelphia/School Dist of Phila, City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102-1640 |
| 14922029 | + | Home Depot Loan, PO Box 2730, Alpharetta, GA 30023-2730 |
| 14916010 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14916014 | | Santander Bank, Attn: Bankruptcy MA1-MB3-01-09 POB 84100, Boston, MA 02284 |
| 14916017 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14916019 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14932783 | | Email/PDF: bncnotices@becket-lee.com | Mar 11 2025 01:16:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14915996 | | Email/PDF: bncnotices@becket-lee.com | Mar 11 2025 00:58:40 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14915997 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 11 2025 00:55:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14937213 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 11 2025 00:55:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14916001 | | Email/Text: megan.harper@phila.gov | Mar 11 2025 00:55:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14961594 | | Email/Text: megan.harper@phila.gov | Mar 11 2025 00:55:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14915998 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2025 00:58:54 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14915999 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 11 2025 01:16:54 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14916002 | | Email/Text: bankruptcy@philapark.org | Mar 11 2025 00:56:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14916003 | | Email/Text: mrdiscen@discover.com | Mar 11 2025 00:55:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 10, 2025 | Form ID: 155 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Cook Rd, Riverwoods, IL 60015-3851 |
| 14916004 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 11 2025 00:55:00 | GreenSky Credit, Attn: Bankruptcy, PO Box 29429, Atlanta, GA 30359-0429 |
| 14922029 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 11 2025 00:55:00 | Home Depot Loan, PO Box 2730, Alpharetta, GA 30023-2730 |
| 14916005 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2025 00:55:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14930530 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 11 2025 00:56:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14916006 | | Email/Text: fesbank@attorneygeneral.gov | Mar 11 2025 00:55:49 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14916009 | | Email/Text: CollectionsDept@PFCU.COM | Mar 11 2025 00:55:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14916013 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2025 01:41:23 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14916007 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2025 00:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14916008 | ^ | MEBN | Mar 11 2025 00:36:07 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14916011 | | Email/Text: bankruptcy@philapark.org | Mar 11 2025 00:56:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14916012 | + | Email/Text: bankruptcy1@pffcu.org | Mar 11 2025 00:55:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch St, Philadelphia, PA 19107-2495 |
| 14919708 | + | Email/Text: bankruptcy1@pffcu.org | Mar 11 2025 00:55:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14933929 | + | Email/Text: DeftBkr@santander.us | Mar 11 2025 00:55:00 | Santander Bank, N.A., 1130 Berkshire Boulevard, MC: PA-WYO_BKR2, Wyomissing, PA 19610-1242 |
| 14936493 | ^ | MEBN | Mar 11 2025 00:36:18 | Santander Bank, NA, c/o Kellie Rahl-Heffner, Esq, 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14916015 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 11 2025 00:55:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14916016 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 11 2025 00:55:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14916018 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 11 2025 00:55:00 | Verizon, Verizon Wireless Bk Admin 500 Technology, Weldon Springs, MO 63304-2225 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14916004 | ##+ | GreenSky Credit, Attn: Bankruptcy, PO Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 10, 2025 | Form ID: 155 | Total Noticed: 34 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2025      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| EDWARD JACOB GRUBER | on behalf of Debtor Tyreek T. Cooper help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Tyreek T. Cooper help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Tyreek T. Cooper                      Case No. 24−12842−djb

   Debtor(s).                           Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 6, 2025                                                           For The Court

                                                                               Derek J Baker  
                                                                               Judge, United States Bankruptcy Court